22 So.3d 567 (2008)
Grace GARCIA, Appellant,
v.
CARNIVAL CORPORATION, etc., Appellee.
No. 3D07-627.
District Court of Appeal of Florida, Third District.
February 20, 2008.
Panter, Panter & Sampedro and David Sampedro, Miami, for appellant.
Mase and Lara, Curtis J. Mase and Rachel S. Cohen, Miami, for appellee.
Before GERSTEN, C.J., and CORTIÑAS, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Leslie v. Carnival Corp., 33 Fla. L. Weekly D105, 22 So.3d 561, 2008 WL 34793 (Fla. 3d DCA Jan.2, 2008).